ANTHONY BUSH,

    Petitioner,

v.

DEPARTMENT OF HIGHWAY
SAFETY AND MOTOR VEHICLES,

    Respondent.

_____/

IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-5542

Opinion filed August 22, 2016.

Petition for Writ of Certiorari. Original jurisdiction.

David M. Robbins and Susan Z. Cohen, Jacksonville, for Petitioner.

Jason Helfant, Senior Assistant General Counsel, Department of Highway Safety and Motor Vehicles, Lake Worth, for Respondent.

PER CURIAM.

    DENIED.

LEWIS, WETHERELL, and RAY, JJ., CONCUR.